IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JAMES R. COOTS, | : | Case No. 1:22-cv-625 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| OFFICER TWILLA, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 7)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Kimberly A. Jolson (Doc. 7), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, the Complaint (Doc. 6) is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), with exception of Plaintiff's Eighth Amendment excessive force claims against Defendants Twilla, Straight, Emmons, Link, and Nance. The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that, for the reasons outlined in the Report and Recommendation (Doc. 7), an appeal of this Order would not be taken in good faith. Plaintiff is therefore **DENIED** leave to appeal in forma pauperis. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF OHIO

By: _____
      JUDGE MATTHEW W. McFARLAND