IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| JAMES R. COOTS, | Case No. 1:22-cv-625 |
| Plaintiff, | Judge Matthew W. McFarland |
| | Magistrate Judge Kimberly A. Jolson |
| v. | |
| OFFICER TWILLA, et al., | |
| Defendants. | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 67)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Kimberly A. Jolson (Doc. 67), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, Defendants' Motion for Judgment on the Pleadings (Doc. 64) is **DENIED**. Plaintiff is **ORDERED** to file a status report within thirty (30) days if he is still owed any discovery responses. Dispositive motions in this case are due within sixty (60) days of this Order.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND