IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| JAMES R. COOTS, | Case No. 1:22-cv-625 |
| Plaintiff, | Judge Matthew W. McFarland |
| | Magistrate Judge Kimberly A. Jolson |
| v. | |
| OFFICER TWILLA, et al., | |
| Defendants. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 85)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Kimberly A. Jolson (Doc. 85), to whom this case is referred. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the entirety of said Report and Recommendation and **GRANTS** Defendants' Motion for Summary Judgment (Doc. 70). This case is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND